UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

RECEIVED
In Chambers of
U.S. District Judge
SANDRA L. TOWNES

JAN 2 - 2008

**DATE:** January 25, 2008

**TO:** Honorable Sandra L. Townes

**RE:** SONGAILA, Susan
Docket No.: 04 CR 1041-7
Request to Terminate Supervision

---

On January 10, 2005, the defendant was arrested and charged with Interference with Interstate Commerce by Threat or Violence, in violation of 18 U.S.C. 1951. She appeared before U.S. Magistrate Judge Marilyn D. Go who released the defendant on a $300,000 cosigned bond with the following conditions of release: report once per week by telephone to Pretrial Services, surrender passport/ do not apply for same, no contact with codefendants listed in indictment 04 CR 1041, subject to random home/employment visits, and travel restricted to New York State. The defendant pled guilty and is awaiting sentencing before Your Honor.

The defendant has been under the supervision of Pretrial Services for three years without any supervision issues. During the pendency of this case, the defendant has been gainfully employed and she has reported to Pretrial Services weekly since her release. This Officer has conducted unannounced home and employment contacts which verify her employment and residence and these contacts have been positive without incident. Additionally, she submits her monthly paperwork and has been responsible enough to seek individual counseling which she has been attending on a monthly basis in order to help her deal with the stress of this case. Lastly, Pretrial Services has conducted quarterly criminal record checks since her release and she has not had any new criminal arrests.

At this time, Pretrial Services does not believe that additional supervision is needed and we are requesting that supervision be terminated while all other bond conditions remain in effect. Pretrial Services spoke with AUSA Winston Chan and Defense Counsel Scott Tulman who have no objection to this request. If Your Honor has any questions, please contact Officer Renee Lewis at 718-613-2498.

Prepared by: _____        Approved by: _____
Renee Lewis                                                                  Andrew Brozeller
U.S. Pretrial Services Officer                                      Supervising Pretrial Services Officer

Attachment

RE: SONGAILA, Susan

**Docket No.:** 04 CR 1041-07

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's term of supervision be terminated.

☐ The request to terminate the defendant's term of supervision is denied.

☐ Other: _____

SO ORDERED,

s/ SLT

Honorable Sandra L. Townes
U.S. District Judge

February 29, 2008
Date

cc: Winston Chan, AUSA
   Scott Tulman, Defense Counsel